| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | BRUCE NYE, SBN 77608<br>MICHELE M. TUMAN, SBN 182852<br>ADAMS \| NYE \| SINUNU \| BRUNI \| BECHT LLP<br>222 Kearny Street, Seventh Floor<br>San Francisco, California 94108-4521<br>Telephone: (415) 982-8955<br>Facsimile: (415) 982-2042<br><br>Attorneys for Defendant<br>TSA SYSTEMS, LTD. |
| 7<br>8<br>9<br>10<br>11<br>12 | LATHAM & WATKINS LLP<br>  John P. Flynn (Bar No. 141094)<br>  Randall T. Kim (Bar No. 196224)<br>  Ashley M. Bauer (Bar No. 231626)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br><br>Attorneys for Plaintiff<br>RAE SYSTEMS INC. |

**IT IS SO ORDERED**
Judge Fern M. Smith

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAE SYSTEMS INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>TSA SYSTEMS, LTD., a Colorado corporation,<br><br>                Defendant. | No. C 04-02030 FMS<br><br>(San Francisco Superior Court<br>No. CGC-04-430693)<br><br>**AMENDED CIVIL PRETRIAL ORDER** |

    It is hereby **ORDERED** pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court as follows:

    JURY TRIAL DATE:    January 9, 2006, 8:30 a.m., Courtroom 5, 17th Floor.

    TRIAL LENGTH is estimated to be 10 to 15 days.

1.
AMENDED PRETRIAL ORDER

| | |
|---|---|
| 1 | NON-EXPERT DISCOVERY CUTOFF: October 31, 2005. |
| 2 | DESIGNATION OF EXPERTS: September 30, 2005. |
| 3 | EXPERT DISCOVERY CUT-OFF: October 31, 2005. |
| 4 | DISPOSITIVE MOTIONS SHALL BE FILED BY: November 11, 2005. |
| 5 | PRETRIAL CONFERENCE DATE: To be determined by the newly assigned Judge. |

DATED: 6/6/05

_____
FERN M. SMITH
United States District Judge

Approved as to form:

ADAMS | NYE | SINUNU | BRUNI | BECHT LLP

By: _____
Bruce Nye
Attorneys for Defendant
TSA SYSTEMS, LTD.

LATHAM & WATKINS LLP

By: _____
Randall T. Kim
Attorneys for Plaintiff
RAE SYSTEMS INC.