1  LATHAM & WATKINS LLP
   John P. Flynn (Bar No. 141094)
2    Randall T. Kim (Bar No. 196224)
   Ashley M. Bauer (Bar No. 231626)
3  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-2562
4  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
5
   Attorneys for Plaintiff
6  RAE SYSTEMS INC.

**FILED**

JUL 2 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO JUDICIAL DISTRICT

| | |
|---|---|
| RAE SYSTEMS INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TSA SYSTEMS, LTD., a Colorado corporation; GAMMA NEUTRON PRODUCTS, INC., a Colorado corporation; and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO. C 04-02030 SI<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO SEPTEMBER 23, 2005<br><br>Judge: The Honorable Susan Illston<br>Courtroom: 10<br><br>Trial Date: January 9, 2006 |

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: C04-02030 SI
STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CMC

1  WHEREAS the Court has set an initial case management conference on August
2  19, 2005 at 2:30 p.m.; and
3  WHEREAS Plaintiff's counsel is unavailable on that date, the parties have agreed
4  that the initial case management conference should be continued.
5  IT IS HEREBY STIPULATED that the initial case management conference shall
6  be held on Friday, September 23, 2005 at 2:30 p.m. before the Honorable Susan Illston.

Dated: July 21, 2005

Respectfully submitted,

LATHAM & WATKINS LLP
  John P. Flynn
  Randall T. Kim
  Ashley M. Bauer

By: _____/s/_____
       Randall T. Kim

Attorneys for Plaintiff
RAE Systems Inc.

ADAMS NYE SINUNU BRUNI BECHT LLP
  Bruce Nye

By: _____/s/_____
       Bruce Nye

Attorneys for Defendants
TSA Systems Ltd.
Gamma Neutron Products

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

1

Case Number: C04-02030 SI
STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CMC

# [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO SEPTEMBER 23, 2005

In light of the parties' stipulation to continue the initial case management conference currently set for August 19, 2005, and good cause appearing therefore:

IT IS HEREBY ORDERED that the initial case management conference currently set for August 19, 2005 at 2:30 p.m. shall be continued to Friday, September 23, 2005 at 2:30 p.m. in Courtroom 10.

Dated: 7/28, 2005

_____
Hon. Susan Illston
United States District Court

SF\523082.1

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case Number: C04-02030 SI
STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CMC