IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAE SYSTEMS INC., | No. C 04-02030 SI |
|       Plaintiff, | **PRETRIAL PREPARATION ORDER** |
|   v. | |
| TSA SYSTEMS, LTD., | |
|       Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 6, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 18, 2005.

DESIGNATION OF EXPERTS: 12/16/05; REBUTTAL: 1/9/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 1/30/06.

DISPOSITIVE MOTIONS **SHALL** be filed by February 10, 2006;

   Opp. Due February 24, 2006; Reply Due March 3, 2006;

   and set for hearing no later than March 17, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 25, 2006 at 3:30 PM.

JURY TRIAL DATE: May 8, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be 10-15 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's ENE program. The ENE session shall occur within 45 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/26/05

                                                  SUSAN ILLSTON
                                                  United States District Judge