LATHAM & WATKINS LLP
  John P. Flynn (Bar No. 141094)
  Randall T. Kim (Bar No. 196224)
  Ashley M. Bauer (Bar No. 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Plaintiff
RAE SYSTEMS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO JUDICIAL DISTRICT

| | |
|---|---|
| RAE SYSTEMS INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>TSA SYSTEMS, LTD., a Colorado corporation; GAMMA NEUTRON PRODUCTS, INC., a Colorado corporation; and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO. C 04-02030 SI<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CONFIDENTIALITY |

          The Parties, having met and conferred, hereby agree and do stipulate that: In the absence of further order of this Court, all discovery obtained in this matter shall be used exclusively for the purposes of litigating the instant matter and shall be kept confidential. Neither party shall disclose information, including documents and testimony, obtained via discovery in this matter to any non-party to this lawsuit, without first obtaining the permission of this Court.

Dated: November 3, 2005

Respectfully submitted,

By: /s/
John P. Flynn
LATHAM & WATKINS
Attorneys for Plaintiff
RAE Systems Inc.

Dated: November 3, 2005

Respectfully submitted,

By: _____
Bruce Nye
ADAMS NYE SINUNU BRUNI BECHT
Attorneys for Defendants
TSA Systems Ltd. and
Gamma Neutron Products, Inc.

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    STIPULATION AND [PROPOSED] ORDER RE: CONFIDENTIALITY

Case Number: C04-02030 SI

[PROPOSED] ORDER

Upon due consideration of the parties' agreement to maintain confidentiality and in the interests of justice, IT IS HEREBY ORDERED that all discovery obtained in this matter shall be used exclusively for the purposes of litigating the instant matter and shall be kept confidential. It is FURTHER ORDERED that neither party shall disclose information, including documents and testimony, obtained via discovery in this matter to any non-party to this lawsuit, without first obtaining the permission of this Court.

Dated: _____    By:_____
                              Hon. Susan Illston
                              United States District Judge
                              for the Northern District of California